UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

          NO. CIV. S-05-699 LKK

     Plaintiff,

  v.                         O R D E R

TONY CHU and HENRY LIM,

     Defendants.
_____/

    The court is in receipt of plaintiff's Notice of Settlement in the above-captioned case.  As no appearance has been made by defendants, the case is DISMISSED pursuant to Fed. R. Civ. P. 41(a) and the Clerk is directed to CLOSE the case.

    IT IS SO ORDERED.

    DATED: July 13, 2005.

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT