1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT N. JOHNSON,
                                          NO. CIV. S-05-699 LKK
12
            Plaintiff,
13
        v.                                    O R D E R
14
     TONY CHU and HENRY LIM,
15
            Defendants.
16   _____/

17        The court is in receipt of plaintiff's request to reopen the

18   above-captioned case.  Plaintiff filed a notice of settlement on

19   June 11, 2005.  On June 13, 2005, the court issued an order

20   dismissing the case based upon the notice of settlement.  Plaintiff

21   asserts that, from that day forward, counsel for defendants has

22   abandoned settlement negotiations and communication.

23        Accordingly, the court hereby ORDERS that:

24        1.  Plaintiff's request to reopen the case is

25   GRANTED;

26   ////

1      2.  Plaintiff is directed to SERVE this order on defendants;

2      3.  Defendants' answer or other responsive pleading shall be

3 filed within twenty (20) days;

4      4.  A Status Conference is now SET for January 30, 2006 at

5 3:30 p.m.; and

6      5.  The parties are reminded of their obligation to file and

7 serve status reports not later than ten (10) days preceding the

8 conference.

9     IT IS SO ORDERED.

10    DATED:  October 25, 2005.

11                    /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON

12                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26